## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

*[RECEIVED stamp: DEC 1 2006, JAMES BONINI, Clerk, CINCINNATI, OHIO]*

November 22, 2006

Clerk of Court
Potter Stewart U.S. Courthouse, Room 103
100 East Fifth Street
Cincinnati, Ohio 45202

RE: USA v. John Alphonso Smith
Your case number: 1:02CR00150
Arizona case number: 06-03331M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Lawrence O. Anderson in the District of Arizona. The following action has been taken.

☒ **U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.**

☐ THE DEFENDANT HAS BEEN ORDERED TO APPEAR IN THE CHARGING DISTRICT ON:

Enclosed are the certified copies of the original documents in our file. Please certify receipt of the documents on the enclosed duplicate of this letter and return it to our office.

Sincerely,

RICHARD H. WEARE,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

By: s/Christine Boucher
Christine Boucher
Deputy Clerk

Enclosures

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 11/16/2006      CASE NUMBER: 06-03331M-001

USA vs. John Alphonso Smith

U.S. MAGISTRATE JUDGE: LAWRENCE O. ANDERSON   #: 70BI

A.U.S. Attorney  Darcy A. Cerow                                INTERPRETER_____
                                                                LANGUAGE_____

Attorney for Defendant  Douglas Passon (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA  11/16/2006           ☒ Initial Appearance         ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐ Defendant Sworn            ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                            in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☒ Reserved for prosecuting district<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☒ Waived<br>Set for:<br>Before:<br>☒ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☒ Reserved for prosecuting district<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING: re:** _____<br>☐ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other: _____

Recorded by Courtsmart
BY:  Sherise M. Hargrove
Deputy Clerk

I/A 5 min   I hereby attest and certify on 11-22-06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____Deputy

AO 466 (Rev. 9/92) Waiver of Rule 5 Hearings

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____

FILED ____ LODGED ____
RECEIVED ____ COPY ____
NOV 1 6 2006
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES OF AMERICA
v.

John Alphonso Smith

**WAIVER OF RULE 5(c)(3) HEARINGS**
(formerly Rule 40)

CASE NUMBER: 06-3331 M

I, John Alphonso Smith _____, understand that in the Southern District of Ohio _____, charges are pending alleging violation of Supervised Release Violation _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me or a preliminary revocation hearing to determine whether there is probable cause to believe I have violated my terms of supervised release or probation, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing and have been informed I have no right to a preliminary hearing

(✓) identity hearing but request a preliminary hearing or preliminary revocation hearing be held in the prosecuting district

(✓) I reserve my right to have a detention hearing in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

_____
Defense Counsel

I hereby attest and certify on 11-22-06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.
Nov. 22, 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By_____ Deputy

```
  X FILED      ___ LODGED
  ___ RECEIVED  ___ COPY

      NOV 1 6 2006

  CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-3331 M |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| -vs- | |
| John Alphonso Smith, | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: S/R VIOLATION

IT IS HEREBY ORDERED appointing the Federal Public Defender by:

( ) United States District Judge _____

(✓) United States Magistrate Judge Lawrence O. Anderson

CASE ASSIGNED TO: Douglas A. Passon
Assistant Federal Public Defender
District of Arizona
850 W. Adams Street, Suite 201
Phoenix, Arizona 85007
Office: (602) 382-2700, Fax: (602) 382-2800

DATED this 16th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 11-30-06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ ARIZONA

RECEIVED
U.S. MARSHALS SERVICE
PHOENIX

'06 NOV 17 15:18

DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
V.

John Alphonso Smith

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:02CR00150 | Southern District of Ohio | 06-03331M-001 | District of Arizona |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   X Other (specify) Petition

charging a violation of Supervised Release

**DISTRICT OF OFFENSE**
Southern District of Ohio

**DESCRIPTION OF CHARGES:**

Violation of Supervised Release

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   X No   ☐ Yes   Language:

**DISTRICT OF ARIZONA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-17-06
Date

Lawrence O. Anderson, United States Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
|  |  |  |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
|  |  |  |

CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
## CRIMINAL DOCKET FOR CASE #: 2:06-mj-03331-LOA-ALL
### Internal Use Only

Case title: USA v. Smith  
Other court case number: 1:02CR00150 Southern District of Ohio

Date Filed: 11/16/2006

Assigned to: Magistrate Judge Lawrence O Anderson

**Defendant**

**John Alphonso Smith** (1)  
*TERMINATED: 11/17/2006*

represented by **Douglas Andrew Passon**  
Federal Public Defenders Office  
850 W Adams St  
Ste 201  
Phoenix, AZ 85007-2730  
602-382-2700  
Fax: 602-382-2800  
Email: doug_passon@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA                           represented by **Darcy A Cerow**
US Attorney's Office
40 N Central Ave
Ste 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-364-7929
Email: Darcy.Cerow@USDOJ.GOV
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2006 | 1 | Rule 5(c)(3) Documents Received as to John Alphonso Smith (PKD, ) (Entered: 11/16/2006) |
| 11/16/2006 |   | Arrest of John Alphonso Smith (PKD, ) (Entered: 11/16/2006) |
| 11/16/2006 | 2 | Minute Entry for proceedings held before Judge Lawrence O Anderson :Initial Appearance in Rule 5(c)(3) Proceedings as to John Alphonso Smith held on 11/16/2006. Appointment of Counsel Hearing held on 11/16/06. Appearance entered by Douglas Andrew Passon for John Alphonso Smith on behalf of defendant. Appointment type: AFPD. FINANCIAL AFFIDAVIT TAKEN. Identity Hearing waived, warrant of removal to be issued. Detention Hearing and Preliminary Hearing reserved for prosecuting district. (Court Reporter Courtsmart). (JIR) (Entered: 11/17/2006) |
| 11/16/2006 | 3 | WAIVER of Rule 5(c)(3) Hearings by John Alphonso Smith. Defendant waives his right to an Identity Hearing but requests a Detention Hearing and Preliminary Hearing be held in the prosecuting district. (CLB) (Entered: 11/17/2006) |
| 11/16/2006 | 4 | ORDER APPOINTING COUNSEL as to John Alphonso Smith. Douglas Andrew Passon for John Alphonso Smith appointed. Signed by Judge Lawrence O Anderson on 11/16/06. (CLB) (Entered: 11/17/2006) |
| 11/17/2006 | 5 | COMMITMENT TO ANOTHER DISTRICT as to John Alphonso Smith. Defendant committed to District of Southern District of Ohio., John Alphonso Smith terminated. Signed by Judge Lawrence O Anderson on 11/17/06. (CLB) (Entered: 11/22/2006) |

I hereby attest and certify on 11/22/06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy