## CRIMINAL MINUTES
## PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr150

vs

JOHN ALPHONSO SMITH

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:        *Maryanne Maffia*
Date:                12/18/06 @ 1:30

Attorney for USA:            *Jeb Terrien*
Attorney for Defendant:     Federal Public Defender *W. Kelly Johnson*

___✓___ Initial appearance held. Defendant informed of rights and charges.

                                              *Dec 21, 2006   10:00 a-m*
___✓___ Case continued for Probable Cause Hearing ___✓__ Detention Hearing __✓__
        on _____

_____ Probable cause hearing held/waived.  Defendant to appear before District Judge
        _____ for Probation Violation/supervised release hearing.


_____ Probable cause found / not found


_____ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

___✓___ Order APPOINTING counsel **FPD** ( *Richard Smith Monahan* )

Remarks:

_____
_____
_____