**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**UNITED STATES OF AMERICA**

-vs-                                                                                      Case No. CR-1-02-150 (1)

**JOHN A. SMITH**

---

**ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT**

Upon motion of the Defendant, it is **ORDERED** that a detention and probable cause hearing is set for: Thursday   DECEMBER 21, 2006 at 10:00 A.M. before United States Magistrate **Judge Timothy S. Black** in **Courtroom No. 6, Room 708**, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   December 18, 2006

                                                                _____
                                                                TIMOTHY S. BLACK
                                                                UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention