### CRIMINAL MINUTES
### PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                     Case 1:02cr150

vs

JOHN A. SMITH

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:
Date:                     12/21/06   at  10:00 a.m.

Attorney for USA:          Jeb Terrier
Attorney for Defendant:    Federal Public Defender   Richard Smith-Monahan

_____ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing \_\_\_\_\_ Detention Hearing \_\_\_\_\_
on _____

\_\_✓\_ Probable cause hearing held / waived   Defendant to appear before District Judge
Beckwith for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

\_\_✓\_ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks: