UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                                  Case No. CR-1-02-150 (1)

JOHN A. SMITH

## WAIVER OF PRELIMINARY EXAMINATION
## OR HEARING
## (RULE 5 OR 32.1, FED. R CRIM. P.)

I, **JOHN A. SMITH**, charged in a Petition pending in this district with supervised release violation and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary examination or hearing, do hereby waive (give up) my right to a preliminary examination or hearing.

_____        _____
12/21/06                                                                  Defendant
Date
                                                                _____
                                                                 Counsel for Defendant

AO 468 (1/86) Waiver of Preliminary Examination or Hearing