**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

UNITED STATES OF AMERICA

-vs-                                                        Case No. CR-1-02-150 (1)

JOHN A. SMITH

_____

## ORDER OF DETENTION PENDING TRIAL

On 12/18/06 an initial appearance was held on supervised release violation. In accordance with 18 U.S.C. § 3142(f), a detention hearing has been held. The following facts and circumstances require the defendant to be detained pending a violation hearing before Chief Judge Beckwith.

No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required.

This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

## DIRECTIONS REGARDING DETENTION

JOHN A. SMITH is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **JOHN A. SMITH** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: December 21 2006                           _Timothy S. Black_
                                                  TIMOTHY S. BLACK
                                          UNITED STATES MAGISTRATE JUDGE