### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

07 FEB 21 PM 12: 17

**United States of America**

**vs.**                                    **Case No.  1:02-cr-150**

**John A. Smith**

### CRIMINAL MINUTES - *Sentencing on Revocation*

10:04 — 10:30

U.S. ATTORNEY PRESENT:  *Jeb. T. Terrier*

COUNSEL FOR DEFENDANT:  *Richard Smith-Monchiem*

PROBATION OFFICER:  *Mark R. Gravie*

Waiver of Indictment filed _____    INFORMATION  filed _____

Defendant waives reading of:  Indictment _____    Information _____

Statement of Agent _____

Defendant pleads: **GUILTY**_____

          **NOT GUILTY**_____

          **NOLO CONTENDERE**_____

Plea *preliminarily/formally* accepted by the court _____

Case referred to Probation Department for Presentence Report _____

Bond of _____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court ___✓_____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a
plea of Guilty - Motion is Granted _____

**REMARKS:** Δ admits allegations. Father speaks
on behalf of Defendant. Supervised Release REVOKED.

SENTENCE: Imprisoned for 12 mos. 24 mos.
Supervised release. $100.00 special
assessment. $22,291.12 Restitution
Fine waived.

Δ moves the Court to consider imposing a sentence of
12 mos and one day to earn "good time credit."
Gov't opposes. Motion is denied.

**Court Personnel**

**Honorable:** Sandra S. Beckwith, Chief Judge

**Deputy Clerk:** ~~Mary Brown~~ Tempann Thomas

**Court Reporter:** Mary Ann Ranz (Official)

**Date:** Wednesday, February 21, 2007

2