UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,
    Plaintiff,

vs.                              Case No.  1:02-cr-150

John A. Smith,
    Defendant

# NOTICE OF APPEAL

Notice is hereby given that   John A. Smith  , Defendant named above, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment and Sentence entered in this action on February 21, 2007.

        Entered by the Clerk in Defendant's behalf pursuant to Order of the Court.

        James Bonini, Clerk

        By: s/Tempann Thomas
           Tempann Thomas, Deputy Clerk

        Date:  February 21, 2007